Order entered November 9, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00667-CR

### JOSE LUIS COVARRUBIAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd District Court
### Dallas County, Texas
### Trial Court Cause No. F11-00784-T

## ORDER

The Court **GRANTS** appellant's October 16, 2012 motion to supplement the clerk's record.

We **ORDER** the Dallas County District Clerk to file a supplemental clerk's record within **FIFTEEN DAYS** from the date of this order that includes the motion for continuance.

We **ORDER** the Clerk of the Court to send a copy of this order to Gary Fitzsimmons, Dallas County District Clerk, and counsel for all parties.

_____
LANA MYERS
JUSTICE